UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| LANA VENTO, | ) | 3:06-CV-0721-ECR-RAM |
| | ) | |
|     Petitioner, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MAY 3, 2007 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Respondents. | ) | |

PRESENT:  EDWARD C. REED, JR.   U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN    Reporter:  NONE APPEARING

Counsel for Plaintiff(s)   NONE APPEARING

Counsel for Defendant(s)   NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On April 13, 2007, the Magistrate Judge filed a Report and Recommendation (#12) recommending that Respondents' Motion to Dismiss (#5) be granted. No objection was filed within the time required by the rules of the Court.

    The Report and Recommendation (#12) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Respondents' Motion to Dismiss (#5) is **GRANTED**.

    The Clerk shall enter judgment accordingly.


LANCE S. WILSON, CLERK

By   /s/
    Deputy Clerk